UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEONIZIY KORNUTA,<br><br>    Plaintiff,<br><br>    v.<br><br>DOUG LANE, in his official and individual capacity,,<br><br>    Defendant. | Case No. C07-5393 FDB<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

    This matter comes before the Court on Plaintiff's request for an extension of time to employ legal counsel. The Court, having reviewed the motion and the record herein, is fully informed and hereby grants the motion as set forth herein.

    This civil rights action was filed on August 1, 2007. On November 27, 2007, Plaintiff's counsel filed a notice of withdraw, indicating that he was in the process of closing his legal practice. On December 9, 2007, Plaintiff filed an acknowledgment of his pro se representation, indicating an intention to obtain new counsel. Contemporaneously, Plaintiff filed the instant motion for an extension of time to locate new counsel. The Defendant has not filed a response.

    The Court finds it appropriate to grant Plaintiff a reasonable extension of time to employ counsel.

ORDER - 1

ACCORDINGLY;

IT IS ORDERED:

Plaintiff's motion or an extension of time to employ new counsel [Dkt #13] is **GRANTED**. Plaintiff has 30 days in which to retain new counsel to pursue this civil rights litigation.  New counsel must make a formal appearance no later than February 4, 2008.  In the event Plaintiff is unable to retain counsel, Plaintiff will notify this Court on February 4, 2008, as to whether he wishes to proceed without counsel or take a voluntary dismissal of this action.  All existing pretrial dates remain in force unless otherwise ordered by this Court.

DATED this 2nd day of January, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2