UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIONIZIY KORNUTA,

    Plaintiff,

v.

DOUG LANE, in his official and individual capacity

    Defendant.

Case No. C07-5393 FDB

ORDER ON MOTION TO WITHDRAW AS COUNSEL

    Plaintiff's counsel moves to withdraw and shows that proper notifications to his client and opposing counsel have been made. No objection to the motion to withdraw has been filed. Before counsel will be allowed to withdraw, however, Plaintiff must advise the Court by filing a document stating whether he intends to proceed pro se (representing himself) or whether he will employ new counsel.

    ACCORDINGLY;

    IT IS ORDERED:

    (1)    Motion of Bill Montecucco to withdraw as counsel for Plaintiff [Dkt. #18 and #19] is **GRANTED, AS MODIFIED.** Counsel for Plaintiff may withdraw on June 30,

ORDER - 1

1    2008, or on an earlier date in the event Plaintiff obtains substitute counsel or indicates
2    an intention to proceed *pro se*.

3    (2)    Plaintiff shall have until June 30, 2008 to employ new counsel, who shall appear on or
4    before that date. If Plaintiff does not employ new counsel, Plaintiff shall advise the
5    Court on or before June 30, 2008 whether Plaintiff intends to proceed *pro se*.

6    (3)    The protected documents described in the motion and stipulation [Dkt # 18 and #19]
7    shall be returned to counsel for Defendant.

8    (4)    All existing pretrial dates remain in force unless otherwise ordered by the Court.

10    DATED this 16th day of June, 2008.

```
                                    /s/ Franklin D. Burgess
                                    FRANKLIN D. BURGESS
                                    UNITED STATES DISTRICT JUDGE
```

ORDER - 2