UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DIONIZIY KORNUTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUG LANE, in his official and individual capacity<br><br>　　　　Defendant. | Case No. C07-5393 FDB<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL |

Plaintiff's counsel moves to withdraw and shows that proper notifications to his client and opposing counsel have been made. No objection to the motion to withdraw has been filed. Before counsel will be allowed to withdraw, however, Plaintiff must advise the Court by filing a document stating whether he intends to proceed pro se (representing himself) or whether he will employ new counsel.

ACCORDINGLY;

IT IS ORDERED:

(1) Motion of Brett A. Purtzer and the Law Offices of Monte E.Hester, Inc., P.S. to withdraw as counsel for Plaintiff [Dkt. #22] is **GRANTED, AS MODIFIED.**

ORDER - 1

1 Counsel for Plaintiff may withdraw on October 31, 2008, or on an earlier date in the event Plaintiff obtains substitute counsel or indicates an intention to proceed *pro se*.

(2) Plaintiff shall have until October 31, 2008 to employ new counsel, who shall appear on or before that date. If Plaintiff does not employ new counsel, Plaintiff shall advise the Court on or before October 31, 2008 whether Plaintiff intends to proceed *pro se* or whether this action shall be deemed abandoned.

(4) All existing pretrial dates remain in force unless otherwise ordered by the Court.

DATED this 14th day of October, 2008.

/s/ Franklin D. Burgess
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2