UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIONIZIY KORNUTA,

    Plaintiff,

v.

DOUG LANE, in his official and individual capacity,

    Defendant.

Case No. C07-5393

ORDER TO SHOW CAUSE

This matter comes before the Court on the directive of the Court to show cause why this case should not be dismissed for failure to prosecute.

On October 14, 2008, this Court entered an Order on Motion to Withdraw as Counsel. That Order, in addition to permitting counsel to withdraw, provided that no later than October 31, 2008, Plaintiff was to employ new counsel or advise this Court that he intends to proceed pro se or to abandon this action. Plaintiff has failed to respond to the Court's directive.

**ACCORDINGLY;**

**IT IS ORDERED:**

Plaintiff shall show cause no later than November 26, 2008 why this matter should not be dismissed for failure to prosecute. In the event Plaintiff does not advise the Court by said date, this action will be dismissed without further notice.

DATED this 13th day of November, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1