UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DIONIZIY KORNUTA,

    Plaintiff,

    v.

DOUG LANE, in his official and individual capacity,

    Defendant.

Case No. C07-5393 FDB

ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE

This matter comes before the Court on the directive of the Court to show cause why this case should not be dismissed for failure to prosecute.

On October 14, 2008, this Court entered an Order on Motion to Withdraw as Counsel. That Order, in addition to permitting counsel to withdraw, provided that no later than October 31, 2008, Plaintiff was to employ new counsel or advise this Court that he intends to proceed pro se or to abandon this action. Plaintiff failed to respond to the Court's directive.

On November 13, 2008 this Court ordered Plaintiff to show cause no later than November 26, 2008 why this matter should not be dismissed for failure to prosecute. The consequence of failing to respond was to dismissal of this action. As of this date, Plaintiff has failed to respond.

Accordingly, pursuant to Fed. R. Civ. P. 41(2)(b), this action is **DISMISSED**, for failure to prosecute.

DATED this 8th day of December, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1