# United States District Court

WESTERN DISTRICT OF WASHINGTON

DIONIZIY KORNUTA,

        PLAINTIFFS

        v.

DOUG LANE, in his official and individual capacity,

        DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5393FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Accordingly, pursuant to Fed. R. Civ. P. 41(2)(b), this action is **DISMISSED**, for failure to prosecute.

December 9, 2008

BRUCE RIFKIN
Clerk

/s/ Pat LeFrois
_____
Deputy Clerk